# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY CO. OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> INNOVATIVE SOLUTIONS THROUGH TECHNOLOGY, INC. d/b/a ISTT, INC., <br><br> Defendant. | ) ) ) ) ) ) ) Case No. 1:23-cv-91-GNS ) ) ) ) ) |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW, Travelers Property Casualty Co. of America, and hereby dismisses the above captioned action with prejudice at its costs.

Respectfully submitted,

**ARMSTRONG TEASDALE LLP**

/s/  Nicholas Slovikoski
Patrick J. Kenny    (admitted *pro hac vice*)
7700 Forsyth Boulevard, Suite 1800
St. Louis, MO 63105
(314) 621-5070
(314) 621-5065 (fax)
pkenny@atllp.com

Nicholas D. Slovikoski (admitted *pro hac vice*)
2345 Grand Blvd., Suite 1500
Kansas City, MO 64108
(816) 221-3420
(314) 621-5065 (fax)
nslovikoski@atllp.com

**ATTORNEYS FOR PLAINTIFF TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA**